```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK          X
---------------------------------------X
IN RE
     PAMELA BELLAMY,
```
 
**CHAPTER 13 PLAN**

```
                    Debtor(s).
---------------------------------------X
```

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee for a period of 36  months, the sum of:

* $150 commencing  SEPT, 2016 through and including AUG, 2021, the last month of the plan.

In addition to the monthly payments, the debtor(s) will provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period commencing with the tax year 2016. Indicated tax refunds are to be paid to the Trustee upon receipt, however, no later than June 15th of the year in which the tax returns are filed

2. From the payments so received, the trustee shall make disbursements as follows:

(a) Full payments in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507 including Jacoby & Jacoby in the amount of $4,300

(b) Holder of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

ALL POST-PETITION PAYMENTS INCLUDING BUT NOT LIMITED TO MORTGAGE, REAL ESTATE TAXES, INCOME TAXES, COMMON CHARGES AND AUTO PAYMENTS TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).

FAY SERVICING(ACCT 9104 MTG ON 136 WOODSIDE AVE., FREEPORT, NY) IS CURRENT AND TO BE PAID OUTSIDE PLAN
GUSTAVIA HOME(ACCT 4003 2ND MORTGAGE ON 136 WOODSIDE AVE, FREEPORT, NY) TO BE CRAMMED DOWN AND TREATED AS UNSECURED.

(c) Subsequent and/or concurrently with distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

Pro rata distribution to all timely filed proofs of claims

3. The following executory contracts of the debtor are rejected:
**NONE**

Title to the debtor(s) property shall revest in the debtor upon completion of the plan, unless otherwise provided in the Order confirming this plan

Throughout the term of this plan, debtor agrees that debtor will not incur post-petition debt over $1500.00 without first notifying the Chapter 13 trustee in writing.

Dated: 8/25/16                                          /s PAMELA BELLAMY

/S RICHARD JACOBY
RICHARD Jacoby, Esq.
Attorney for Debtor(s)